**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00519-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES H. TOUPS, JR.,

    Defendant.

## ORDER DENYING DEFENDANT'S MOTION TO RECONSIDER

The matter is before the Court on Defendant's Motion to Reconsider Docket # 16 and Motion for *De Novo* Hearing and Findings as Required by 18 U.S.C. § 3142 (Doc. # 21).

Defendant's original motion (Doc. # 16) requested that this Court "review the detention order previously entered by [the Magistrate Judge]." Because the undersigned was out of town and Defendant indicated that time was of the essence, Judge Kane agreed to hear the motion in order to avoid further delay.

Initially, Judge Kane expressed concern that Defendant had twice failed to appear in this case. After hearing fully from Defendant's counsel and the Government's counsel, Judge Kane denied Defendant's Motion for Reconsideration of the Magistrate Judge's detention order.

Defendant now seeks to have this Court reconsider Judge Kane's order. Such review, however, is inappropriate because it is not the province of one Federal District Court judge to "reconsider" the orders of other Federal District Court judges. Only the Tenth Circuit Court of Appeals is authorized to review the orders of Federal District Court Judges for the District of Colorado. *See* 18 U.S.C. § 3145(c) ("An appeal from a release or detention order, or from a decision denying revocation or amendment of such an order, is governed by the provisions of section 1291 of title 28 . . .") and 18 U.S.C. § 1291 ("The courts of appeals . . . shall have jurisdiction of appeals from all final decisions of the district courts of the United States . . . ").

Accordingly, Defendant's Motion to Reconsider Docket # 16 and Motion for *De Novo* Hearing and Findings as Required by 18 U.S.C. § 3142 is DENIED.

DATED: January   11  , 2010

BY THE COURT:

*[signature: Christine M. Arguello]*

_____
CHRISTINE M. ARGUELLO
United States District Judge